**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NO.: _____**

*Electronically Filed*

| | |
|---|---|
| WILLIAM A. JONES | PLAINTIFFS |

And

AMY R. JONES

And

ANNALISE JONES

And

THOMAS JONES, JR.

And

GRACE JONES

And

W.J., II, A MINOR CHILD

And

H.J., A MINOR CHILD

And

A.J., A MINOR CHILD

v.

| | |
|---|---|
| GEORGETOWN COLLEGE | DEFENDANTS |

And

BOARD OF TRUSTEES OF GEORGETOWN
COLLEGE, In their Official, Corporate
Structure

And

ROSEMARY A. ALLEN, Individually and in her Official Capacity as President of Georgetown College

And

JOHNATHAN SANDS WISE, Individually and in his Official Capacity as Executive Vice President of Georgetown College

And

JOHN DAVIS, Individually and in his Official Capacity as Vice President of Advancement of Georgetown College

And

CURTIS SANDBERG, Individually and in his Official Capacity as Vice President of Student Life of Georgetown College

And

SALLY WIATROWSKI, Individually and in her Official Capacity as Vice President for Business Operations of Georgetown College

And

DAVE ADKISSON, Individually and in his Official Capacity as Board Member and Former Board Chairperson of Georgetown College

And

DR. BOB BAKER, Individually and in his Official Capacity as Board Member of Georgetown College

And

TUCKER BALLINGER, Individually and in his Official Capacity as Board Member of Georgetown College

And

DR. JOHN BLACKBURN, Individually and in his Official Capacity as Board Member of Georgetown College

And

GRANETTA BLEVINS, Individually and in her Official Capacity as Board Member of Georgetown College

And

TRACEY CLARK, Individually and in her Official Capacity as Board Member of Georgetown College

And

SHARON CLIFTON, Individually and in her Official Capacity as Board Member of Georgetown College

And

JOHN COCHENOUR, Individually and in his Official Capacity as Board Member of Georgetown College

And

NICOLE COLLINSON, Individually and in her Official Capacity as Board Member of Georgetown College

And

JANE CUTTER, Individually and in her Official Capacity as Board Member of Georgetown College

And

KENNY DAVIS, Individually and in his Official Capacity as Board Member of Georgetown College

And

VICKIE GLISSON, Individually and in her Official Capacity as Board Member of Georgetown College

And

JOHN DOE, Individually and in his Official Capacity as Board Member of Georgetown College

And

WILLIAM J. HOUSTON, Individually and in his Official Capacity as Board Member of Georgetown College

And

MELANIE LADD, Individually and in her Official Capacity as Board Member of Georgetown College

And

DAVID LEE, Individually and in his Official Capacity as Board Member of Georgetown College

And

MIKE LUKEMIRE, Individually and in his Official Capacity as Board Member of Georgetown College

And

MISSY MATTHEWS, Individually and in her Official Capacity as Board Member of Georgetown College

And

ROBERT L. MILLS, Individually and in his Official Capacity as Chairman of the Board of Trustees of Georgetown College

And

JUDGE GERALD PARKER, Individually and in his Official Capacity as Board Member of Georgetown College

And

MICHELLE PEDIGO, Individually and in her Official Capacity as Board Member of Georgetown College

And

FRANK PENN, Individually and in his Official Capacity as Board Member of Georgetown College

And

JOHN TRAVIS, Individually and in his Official Capacity as Board Member of Georgetown College

And

HON. J. GUTHRIE TRUE, Individually and in his Official Capacity as Board Member of Georgetown College

And

JOHN WARD, Individually and in his Official Capacity as Board Member of Georgetown College

And

MEOCHA WILLIAMS, Individually and in her
Official Capacity as Board Member of
Georgetown College

And

SARAH WILSON, Individually and in her
Official Capacity as Board Member of
Georgetown College

And

NORM BROWN, Individually and in his
Official Capacity as a Former Board Member of
Georgetown College

And

KAPPA ALPHA ORDER- SOCIAL
FRATERNITY

## NOTICE OF REMOVAL

Please take notice the Defendants Georgetown College, Board of Trustees of Georgetown College, in their Official, Corporate Structure, Rosemary A. Allen, individually and in her official capacity as President of Georgetown College, Johnathan Sands Wise, individually and in his official capacity as Executive Vice President of Georgetown College, John Davis, individually and in his official capacity as Vice President of Advancement of Georgetown College, Curtis Sandberg, individually and in his official capacity as Vice President of Student Life of Georgetown College, Sally Wiatrowski, individually and in her official capacity as Vice President for Business Operations of Georgetown College, Dave Adkisson, individually and in his official capacity as Board Member and Former Board Chairperson of Georgetown College, Dr. Bob Baker, individually and in his official capacity as Board Member of Georgetown College, Tucker

Ballinger, individually and in his official capacity as Board Member of Georgetown College, Dr. John Blackburn, individually and in his official capacity as Board Member of Georgetown College, Granetta Blevins, individually and in her official capacity as Board Member of Georgetown College, Tracey Clark, individually and in her official capacity as Board Member of Georgetown College, Sharon Clifton, individually and in her official capacity as Board Member of Georgetown College, John Cochenour, individually and in his official capacity as Board Member of Georgetown College, Nicole Collinson, individually and in her official capacity as Board Member of Georgetown College, Jane Cutter, individually and in her official capacity as Board Member of Georgetown College, Kenny Davis, individually and in his official capacity as Board Member of Georgetown College, Vickie Glisson, individually and in her official capacity as Board Member of Georgetown College, John Doe, individually and in his official capacity as Board Member of Georgetown College, William J. Houston, individually and in his official capacity as Board Member of Georgetown College, Melanie Ladd, individually and in her official capacity as Board Member of Georgetown College, David Lee, individually and in his official capacity as Board Member of Georgetown College, Mike Lukemire, individually and in his official capacity as Board Member of Georgetown College, Missy Matthews, Individually and in her Official Capacity as Board Member of Georgetown College, Robert L. Mills, individually and in his official capacity as Chairman of the Board of Trustees of Georgetown College, Judge Gerald Parker, individually and in his official capacity as Board Member of Georgetown College, Michelle Pedigo, individually and in her official capacity as Board Member of Georgetown College, Frank Penn, individually and in his official capacity as Board Member of Georgetown College, John Travis, individually and in his official capacity as Board Member of Georgetown College, Hon. J. Guthrie True, individually and in his official capacity as Board Member of Georgetown College, John

Ward, individually and in his official capacity as Board Member of Georgetown College, Meocha Williams, individually and in her official capacity as Board Member of Georgetown College, Sarah Wilson, individually and in her official capacity as Board Member of Georgetown College, Norm Brown, individually and in his official capacity as a Former Board Member of Georgetown College (hereinafter "these Defendants"), have removed this action from the Franklin Circuit Court Civil Division to the United States District Court for the Eastern District of Kentucky. Franklin Circuit Court is located within the jury division of the United States District Court for the Eastern District of Kentucky, Central Division at Frankfort. Copies of all process, pleadings, and orders of record are attached hereto and made a part hereof.

## GROUNDS FOR REMOVAL

1. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiffs' claims for civil rights violations of 42 U.S.C. § 1983 (Count XI) and violations of 20 U.S.C. § 1681, otherwise known as Title IX (Count XIV). The Defendants may therefore remove this action to this Court pursuant to 28 U.S.C. § 1441(a) and (c) because this action includes claims arising under the Constitution, laws, or treaties of the United States.

2. This Court has supplemental jurisdiction over all remaining claims in this action including: Plaintiffs' claims for defamation per se (Counts I-III), false light invasion of privacy (Counts IV-VI), vicarious liability (Counts VII-IX), intentional and/or reckless infliction of emotional distress/outrage (Count X), threat of physical and sexual violence; intentional infliction of extreme emotional distress (Count XII), breach of contract (Count XIII), and punitive damages (Count XV). These claims are "so related to claims in the action with such original jurisdiction that they form part of the same case or controversy under Article III of the United States

Constitution." 28 U.S.C. § 1367(a). As such, removal of the entire action is proper and consistent with 28 U.S.C. § 1367.

3. Plaintiff commenced this action in the Franklin Circuit Court by filing a Complaint on September 29, 2022, styled *William A. Jones, et al. v. Georgetown College, et al.*, Civil Action No. 22-CI-765. The Plaintiffs' Complaint seeks judgment against the Defendants for compensatory damages and punitive damages.

4. This Notice of Removal is timely filed, pursuant to 28 U.S.C § 1446(b)(1) because it has been filed within thirty days of receipt of a copy of the Complaint. The first Defendant to receive a copy of the Complaint did so on September 30, 2021.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders of record in this matter, including this Defendants' Notice of Removal filed in the state court, are attached hereto as Exhibit A. A copy of the docket summary from the Franklin County Circuit Court is attached as Exhibit B.

6. The Court's exercise of federal question jurisdiction is proper pursuant to 28 U.S.C. § 1441(a) and (c) because Plaintiff's claims in the civil action against Defendants include alleged violations of 42 U.S.C. § 1983 and 20 U.S.C. § 1681. This Court has original jurisdiction over these constitutional claims pursuant to 28 U.S.C. § 1331. This Court has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367 because they "derive from a common nucleus of operative fact" with the federal claims. *United Mine Workers of Am. v. Gibbs,* 383 U.S. 715, 725 (1966). All claims arise out the employment of William A. Jones as President of Georgetown College and the attendance of Annalise Jones as a student at Georgetown College.

7. By removing this action to this Court, these Defendants do not waive any defenses available to them, and expressly reserve the right to assert all such defenses.

8.      Pursuant to 28 U.S.C. § 1446(b)(2) no other defendants have been properly joined and served. As such, no consent to removal is necessary.

WHEREFORE, these Defendants respectfully requests this Court assume jurisdiction over the above-captioned case.

FREEMAN MATHIS & GARY, LLP

*s/Tia J. Combs*
Tia J. Combs
Cara N. Crecelius
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
859.806.1266
tcombs@fmglaw.com
cara.crecelius@fmglaw.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served, via first class USPS, postage prepaid, and via email on this the 19th day of October 2022, upon the following:

| | |
|---|---|
| Kyle Thompson | Thomas Clay |
| 100 East Main Street | Clay and Daniel, LLC |
| Frankfort, KY 40601 | 917 Lily Creek Road |
| | Louisville KY 40243 |

*s/Tia J. Combs*
*Counsel for Defendant*