UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
*ELECTRONICALLY FILED*

| | |
|---|---|
| WILLIAM A. JONES, ET AL., | ) |
| PLAINTIFFS, | ) Civil Action No. 3:22-CV-0058-GFVT |
| v. | ) |
| GEORGETOWN COLLEGE, ET AL., | ) |
| DEFENDANTS. | ) |

### **DEFENDANT, KAPPA ALPHA ORDER – SOCIAL FRATERNITY'S RULE 26 DISCLOSURES**

Comes the Defendant, Kappa Alpha Order – Social Fraternity ("Kappa Alpha"), by and through counsel and pursuant to the Court's January 23, 2023 Scheduling Order (Doc #: 12) and Fed. R. Civ. P. 26(a)(1), and for its Initial Disclosures hereby states as follows:

**I.    Individuals Likely to Have Discoverable Information**

The following individuals are likely to have discoverable information in this matter:

a.    Plaintiff, William A. Jones;

b.    Plaintiff, Amy R. Jones;

c.    Plaintiff, Annalise Jones;

d.    Plaintiff, Thomas Jones, Jr.;

e.    Plaintiff, Grace Jones;

f.    Plaintiff, W.J., II, a minor child;

g.    Plaintiff, A.J., a minor child;

h.    Defendant, Georgetown College, and its administrators, agents, and/or employees;

i.    Defendant, Board of Trustees of Georgetown College;

j.    Defendant, Rosemary A. Allen;

k.     Defendant, Johnathan Sands Wise;

l.     Defendant, John Davis;

m.     Defendant, Curtis Sandberg;

n.     Defendant, Sally Wiatrowski;

o.     Defendant, Dave Adkisson;

p.     Defendant, Dr. Bob Baker;

q.     Defendant, Tucker Ballinger;

r.     Defendant, Dr. John Blackburn;

s.     Defendant, Tucker Ballinger;

t.     Defendant, Dr. John Blackburn;

u.     Defendant, Granetta Blevins;

v.     Defendant, Tracey Clark;

w.     Defendant, Sharon Clifton;

x.     Defendant, John Cochenor;

y.     Defendant, Nicole Collinson;

z.     Defendant, Jane Cutter;

aa.     Defendant, Kenny Davis;

bb.     Defendant, Vickie Glisson'

cc.     Defendant; Dr. Horace Hamblin;

dd.     Defendant, William J. Houston;

ee.     Defendant, Melanie Ladd;

ff.     Defendant, David Lee;

gg.     Defendant, Mike Lukemire;

hh.     Defendant, Missy Matthews;

ii.    Defendant, Robert L. Mills;

jj.    Defendant, Judge Gerald Parker;

kk.    Defendant, Michelle Pedigo;

ll.    Defendant, Frank Penn;

mm.    Defendant, John Travis;

nn.    Defendant, Hon. J. Guthrie True;

oo.    Defendant, John Ward;

pp.    Defendant, Meocha Williams;

qq.    Defendant, Sarah Wilson;

rr.    Defendant, Norm Brown;

ss.    Hanna Kroskie;

tt.    Christy Mai;

uu.    Indianapolis Metropolitan Police Department and any of its administrators, officers, and/or agents;

vv.    Terry Evans, Jr., Georgetown College Assistant Dean of Students;

ww.    Defendant, Kappa Alpha Order – Social Fraternity, advisor Flash Williams, and any of its officers, members, and/or agents.

xx.    Kappa Alpha reserves the right to call each and every witness identified by the Plaintiff, or those identified in discovery;

yy.    Kappa Alpha reserves the right to call witnesses, including experts, needed for rebuttal or impeaching purposes;

zz.    Kappa Alpha reserves the right to call witnesses by video or live at any trial of this matter; and

      aaa.    Kappa Alpha reserves the right to amend this list as additional information may come available.

## II. Documents in Support of Claims or Defenses

The following documents in Defendants' possession may be used to support its defenses:

a. Insurance Policy Declarations;

b. Any and all pleadings filed in the United States District Court for the Eastern District of Kentucky related to any claims made by or against the Plaintiffs;

c. The Indianapolis Metropolitan Police Department's investigative file;

d. Any and all publically available information related to the Plaintiffs;

e. Any and all publically available information related to Georgetown College;

f. Any and all publically available information related to the Board of Trustees of Georgetown College and/or its members;

g. Any and all documentation related to Kappa Alpha Order – Social Fraternity;

h. Any and all documentation listed by Georgetown College and other defendants in this matter;

i. Deposition transcripts and all exhibits thereto;

j. Any and all pleadings;

k. Written discovery responses;

l. Documents and exhibits exchanged in discovery;

m. Documents and exhibits identified by any party;

n. Investigatory materials and documents provided by expert witnesses, including but not limited to expert reports;

o. Any documents necessary for rebuttal or impeachment purposes;

      p.      Kappa Alpha reserves the right to utilize any exhibit identified or listed by any party;

      q.      Kappa Alpha reserves the right to enlarge any of the exhibits that may be used at trial of this matter for purposes of clarity and presentation; and

      r.      Kappa Alpha respectfully reserves the right to amend this exhibit list as additional information becomes available and for good cause shown.

### III. Computation of Claimed Damages

Not applicable.

### IV. Insurance Agreement

A copy of insurance policy has been requested, and the same will be supplemented by the undersigned.

**WARD, HOCKER & THORNTON, PLLC**

Vine Center
333 West Vine Street, Suite 1100
Lexington, Kentucky 40507
Telephone: (859) 422-6000
Fax: (859) 422-6001

By:    */s/: Clay E. Thornton.*
        Gregg E. Thornton
        Clay E. Thornton
        *Counsel for Defendant*
        *Kappa Alpha Order – Social Fraternity*

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 20, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Kyle T. Thompson<br>100 East Main Street<br>Frankfort, Kentucky 40601<br>Thompsonattorney@gmail.com<br>*Co-counsel for Plaintiffs* | Thomas "T" Clay<br>Clay and Daniel, LLC<br>917 Lily Creek Road<br>Louisville, Kentucky 40243<br>tclay@tclaylaw.com<br>*Co-counsel for Plaintiffs* |
| Tia J. Combs<br>Cara N. Crecelius<br>Freeman, Mathis & Gary, LLP<br>2525 Harrodsburg Road, Ste. 500<br>Lexington, Kentucky 40504<br>tcombs@fmglaw.com<br>caracrecelius@fmglaw.com<br>*Counsel for Defendants, Georgetown College, Board of Trustees, Georgetown Administrators and the Individual Members of the Board of Trustees* | Elisabeth D. Gentile<br>Ashley B. Hetzel<br>Freeman Mathis & Gary, LLP<br>65 East State Street, Suite 2250j<br>Columbus, Ohio 43215<br>elisabeth.gentile@fmglaw.com<br>ashley.hetzel@fmglaw.com<br>*Counsel for Defendants, Georgetown College, Board of Trustees, Georgetown Administrators and the Individual Members of the Board of Trustees* |

By: */s/: Clay E. Thornton.*
   Gregg E. Thornton
   Clay E. Thornton
   *Counsel for Defendant*
   *Kappa Alpha Order – Social Fraternity*