UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NO. 3:22-cv-00058-GFVT

*Electronically Filed*

WILLIAM A JONES, ET AL.                                                                 PLAINTIFFS

v.

GEORGETOWN COLLEGE, ET AL.                                                     DEFENDANTS

___

**DEFENDANTS GEORGETOWN COLLEGE,
BOARD OF TRUSTEES OF GEORGETOWN COLLEGE,
GEORGETOWN ADMINISTRATORS
AND INDIVIDUAL MEMBERS OF THE BOARD OF TRUSTEES'
NOTICE OF DEPOSITION OF PLAINTIFF AMY JONES**

___

Please take notice that Defendants, Georgetown College, Board of Trustees of Georgetown College, in their Official Corporate Structure, Rosemary A. Allen, Individually and in her Official Capacity as President of Georgetown College; Jonathan Sands Wise, Individually and in his Official Capacity as Provost and Executive Vice President of Georgetown College; John Davis, Individually and in his Official Capacity as Senior Vice President of Advancement of Georgetown College; Curtis Sandberg, Individually and in his Official Capacity as Vice President of Student Life of Georgetown College; Sally Wiatrowski, Individually and in her Official Capacity as Vice President for Business Operations of Georgetown College; Dave Adkisson, Individually and in his Official Capacity as Board Member and Former Board Chairperson of Georgetown College; Dr. Bob Baker, Individually and in his Official Capacity as Board Member of Georgetown College; Tucker Ballinger, Individually and in his Official Capacity as Board Member of Georgetown College; Dr. John Blackburn, Individually and in his Official Capacity as Board Member of Georgetown College; Granetta Blevins, Individually and in her Official Capacity as Board Member of Georgetown College; Tracey Clark, Individually and in her Official Capacity as Board

Member of Georgetown College; Sharon Clifton, Individually and in her Official Capacity as Board Member of Georgetown College; John Cochenour, Individually and in his Official Capacity as Board Member of Georgetown College, Nicole Collinson, Individually and in her Official Capacity as Board Member of Georgetown College; Jane Cutter, Individually and in her Official Capacity as Board Member of Georgetown College; Kenny Davis, Individually and in his Official Capacity a Board Member of Georgetown College, Vickie Glisson, Individually and in her Official Capacity as Board Member of Georgetown College; William J. Houston, Individually and in his Official Capacity as Board Member of Georgetown College; Melanie Ladd, Individually and in her Official Capacity as Board Member of Georgetown College; David Lee, Individually and in his Official Capacity as Board Member of Georgetown College; Mike Lukemire, Individually and in his Official Capacity as Board Member of Georgetown College; Missy Matthews, , Individually and in her Official Capacity as Board Member of Georgetown College; Robert L. Mills, Individually and in his Official Capacity as Board Member of Georgetown College; Judge Gerald Parker, Individually and in his Official Capacity as Board Member of Georgetown College; Michelle Pedigo, Individually and in her Official Capacity as Board Member of Georgetown College; Frank Penn, Individually and in his Official Capacity as Board Member of Georgetown College; John Travis, Individually and in his Official Capacity as Board Member of Georgetown College; Hon. Guthrie True, Individually and in his Official Capacity as Board Member of Georgetown College; John Ward, Individually and in his Official Capacity as Board Member of Georgetown College; Meocha Williams, Individually and in her Official Capacity as Board Member of Georgetown College; and Sarah Wilson, Individually and in her Official Capacity as Board Member of Georgetown College; Norm Brown, Individually and in his Official Capacity as

Board Member of Georgetown College; by and through counsel, will take the deposition of the following:

| | | |
|---|---|---|
| Deponent: | Amy Jones | |
| Date: | April 16, 2024 | |
| Time: | 09:00 a.m. | |
| Location: | Freeman, Mathis & Gary LLP<br>65 East State Street, Suite 2550<br>Columbus, OH 43215 | |

In accordance with Federal Rule 30(b)(1) and Federal Rule 45(A), no subpoena is required to be served upon the Plaintiff for attendance at the deposition scheduled herein, and pursuant to the provisions of Federal Rule 5(B), notice to counsel of this deposition constitutes notice to the Plaintiff.

Such deposition shall be recorded via a duly authorized stenographic reporter and videographic means.

The deposition will continue from day to day until completed and may be used for any purpose, including the trial of the matter.

FREEMAN MATHIS & GARY, LLP

*s/ Tia J. Combs*
Tia J. Combs
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
T: 859-410-7854
tcombs@fmglaw.com

Elisabeth D. Gentile
Ashley B. Hetzel
65 East State Street, Suite 2550

3

Columbus, OH 43215
T: 614-683-8498
Elisabeth.gentile@fmglaw.com
Ashley.hetzel@fmglaw.com
*Counsel for Defendants,*
*Georgetown College, Board of Trustees,*
*Georgetown Administrators, and Individual*
*Members of the Board of Trustees*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, the foregoing *Defendants Georgetown College, Board of Trustees of Georgetown College, Georgetown Administrators and Individual Members of The Board Of Trustees' Notice of Deposition of Plaintiff Amy Jones* was filed and served via the Court's ECF system and by email to the following:

| | |
|---|---|
| W. Eric Branco<br>326 West Main Street<br>Frankfort, KY 40601<br>eric@johnsonbowman.com<br>*Counsel for Plaintiffs* | Gregg E. Thornton<br>Caroline A. Augenstein<br>Ward Hocker & Thornton PLLC<br>333 West Vine Street, Suite 1100<br>Lexington, KY 40507<br>gthornton@whtlaw.com<br>caroline.augenstein@whtlaw.com<br>*Counsel for Defendant,*<br>*Kappa Alpha Order-Social Fraternity* |

*s/ Tia J. Combs*
*Counsel for Defendants,*
*Georgetown College, Board of Trustees,*
*Georgetown Administrators, and Individual*
*Members of the Board of Trustees*

4