UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:22-CV-00058-GFVT-EBA

WILLIAM A. JONES, *et al.,*                                             PLAINTIFFS,

V.                                            **ORDER**

GEORGETOWN COLLEGE, *et al.*,                                          DEFENDANTS.

*** *** *** ***

Upon agreement of the parties, as evidenced in the proposed agreed order amending the scheduling order in this action, [R. 62], and being advised,

IT IS ORDERED that the scheduling order shall be amended as follows:

1.  Plaintiffs will disclose the names of expert witnesses and serve the disclosures required under Fed. R. Civ. P. 26 by **June 15, 2024.** Defendants will do the same by **July 15, 2024.**

2.  Non-expert witness discovery and discovery relating to liability issues shall be completed by **August 1, 2024.**

3.  Plaintiffs will serve expert reports no later than **August 15, 2024.** Defendants shall serve expert reports by **September 15, 2024.**

4.  The parties shall serve any Rule 26(e) supplementation no later than **thirty days** before the close of discovery relating to liability.

5.  Discovery pertaining to expert witnesses and damages shall be completed by **October 21, 2024.**

Signed April 26, 2024.



**Signed By:**

**_Edward B. Atkins_**

**United States Magistrate Judge**