UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| WILLIAM JONES, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cr-00058-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| GEORGETOWN COLLEGE, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon Defendants' Motion to Clarify the status of Count Fifteen, which requests punitive damages. [R. 63.] The Defendants are correct that punitive damage claims are not stand alone and must relate to an underlying viable claim. *See Petrey v. Ethicon, Inc.*, No. CV 5:19-298-DCR, 2019 WL 5295185 (E.D. Ky. Oct. 18, 2019). Thus, it logically follows that if the underlying claim is dismissed, there is no longer a claim to punitive damages with respect to the underlying dismissed claim. Accordingly, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Clarify **[R. 63]** is **GRANTED**; and

2. Count Fifteen of the Complaint is **DISMISSED** to the same extent that the claims underlying Plaintiffs' claims for punitive damages were dismissed at [R. 53].

This 2nd day of May, 2024.

Gregory F. Van Tatenhove
United States District Judge