UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CASE NO. 3:22-cv-00058-GFVT

WILLIAM A. JONES, ET AL.,                                    PLAINTIFFS

v.

GEORGETOWN COLLEGE, ET AL.,                          DEFENDANTS

---

### ENTRY OF APPEARANCE

---

Comes now, Alexander W. Wilcox of the law firm Ward, Hocker & Thornton, PLLC and hereby enters his appearance as counsel for Defendant, Kappa Alpha Order – Social Fraternity ("Kappa Alpha"). Please deliver or serve a copy of all future pleadings and documents to the address and email listed below.

Respectfully submitted,

*/s/ Alex W. Wilcox*
ALEXANDER W. WILCOX


Gregg E. Thornton
Alexander W. Wilcox
Clay E. Thornton
Ward, Hocker & Thornton PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
gthornton@whtlaw.com
alex.wilcox@whtlaw.com
clay.thornton@whtlaw.com
*Counsel for Defendant,*
*Kappa Alpha Order-Social Fraternity*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following, in addition to service via electronic mail as follows:

W. Eric Branco
Patrick Brennan
Johnson Bowman Branco
& Brennan, LLP
326 W. Main Street
Frankfort, KY 40601
eric@johnsonbowman.com
patrick@johnsonbowman.com
*Counsel for Plaintiffs*


Tia J. Combs
Freeman Mathis & Gray, LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
(859) 410-7854
tcombs@fmglaw.com

-and-

Elisabeth D. Gentile
Ashley B. Hetzel
65 East State Street, Suite 2550
Columbus, OH 43215
elisabeth.gentile@fmglaw.com
ashley.hetzel@fmglaw.com
*Counsel for Defendants,*
*Georgetown College, Board of Trustees,*
*Georgetown Administrators, and*
*Individual Members of the Board of Trustees*

/s/ Alex W. Wilcox
ALEXANDER W. WILCOX