UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CASE NO. 3:22-cv-00058-GFVT

WILLIAM A. JONES, ET AL.,                                           PLAINTIFFS

v.

GEORGETOWN COLLEGE, ET AL.,                                  DEFENDANTS

_____

### ORDER OF DISMISSAL WITH PREJUDICE

_____

By agreement and stipulation of the parties; and the Court being in all ways duly and sufficiently advised; all claims asserted by the Plaintiff, Annalise Jones as against Defendant Kappa Alpha Order are hereby **DISMISSED WITH PREJUDICE.**   Each party to bear his/her owns fees and costs.

So **ORDERED** this _____ day of October 2024.


_____
HON. GREGORY F. VAN TATENHOVE
Judge, United States District Court



**Have Seen and Agreed**

*/s/ Alexander W. Wilcox_____*
GREGG E. THORNTON
ALEXANDER W. WILCOX
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Counsel for Defendant Kappa Alpha Order- Social Fraternity*

/s/  *W. Eric Branco* (with 10/7/2024 email permission)
W. Eric Branco
Patrick Brennan
Johnson Bowman Branco
& Brennan, LLP
326 W. Main Street
Frankfort, KY 40601
*Counsel for Plaintiffs*

## CLERK'S DISTRIBUTION LIST

W. Eric Branco
Patrick Brennan
Johnson Bowman Branco
& Brennan, LLP
326 W. Main Street
Frankfort, KY 40601
eric@johnsonbowman.com
patrick@johnsonbowman.com
*Counsel for Plaintiffs*

Gregg E. Thornton
Alexander W. Wilcox
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
GThronton@whtlaw.com
Alex.Wilcox@whtlaw.com
*Counsel for Defendant,*
*Kappa Alpha Order Social Fraternity*

Tia J. Combs
Freeman Mathis & Gray, LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
(859) 410-7854
tcombs@fmglaw.com

        -and-

Elisabeth D. Gentile
Ashley B. Hetzel
65 East State Street, Suite 2550
Columbus, OH 43215
elisabeth.gentile@fmglaw.com

ashley.hetzel@fmglaw.com
*Counsel for Defendants,*
*Georgetown College, Board of Trustees,*
*Georgetown Administrators, and*
*Individual Members of the Board of Trustees*