UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| WILLIAM A. JONES, *et al.*, | ) |
| Plaintiff, | ) Case No. 3:22-cv-00058-GFVT |
| v. | ) |
| | ) **ORDER** |
| GEORGETOWN COLLEGE, *et al.*, | ) |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal. [R. 76.] Having settled the matter, the parties agree that Plaintiff's claims should be dismissed with prejudice against Defendant Kappa Alpha Order. *Id.  See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Joint Stipulation of Dismissal **[R. 76]** is **GRANTED**;

2. All claims in this matter by the Plaintiff against Defendant Kappa Alpha Order are **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs; and

3. All claims against Kappa Alpha Order having been resolved, this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 8th day October 2024.

Gregory F. Van Tatenhove
United States District Judge