UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NO. 3:22-CV-00058-GFVT

WILLIAM A. JONES, et al.                                               PLAINTIFFS

v.                          **NOTICE OF SETTLEMENT**

GEORGETOWN COLLEGE, et al.                                        DEFENDANTS

    Plaintiffs give notice pursuant to Local Rule 54.1 that they have reached a settlement with the Georgetown College Defendants.[1] Plaintiffs request five days to coordinate the submission of a joint stipulation of dismissal.

    Respectfully submitted,

    */s/ W. Eric Branco*
    W. Eric Branco
    Johnson Branco & Brennan, LLP
    326 West Main Street
    Frankfort, Kentucky 40601
    eric@jbbfirm.com
    *Counsel for Plaintiff*

---

[1] "Georgetown College Defendants" refers to every defendant in this action except Kappa Alpha Order – Social Fraternity.