UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NO. 3:22-CV-00058-GFVT

WILLIAM A. JONES, et al.                                                            PLAINTIFFS

v.                              **MOTION TO WITHDRAW**

GEORGETOWN COLLEGE, et al.                                                  DEFENDANTS

    The undersigned, W. Eric Branco, and the undersigned law firm, Johnson Branco & Brennan, LLP, move to withdraw as attorneys for the Plaintiff's in this matter pursuant to LR 83.6(a). As good cause for this motion, the undersigned states that an irreconcilable conflict has arisen between Plaintiffs and the undersigned law firm which makes continued representation impossible. Withdrawal will leave Plaintiffs unrepresented.

    The current contact information for the Plaintiffs is as follows:

William A. Jones
55 Gideon Court
Howard, Ohio 43028
williamandrewjones@yahoo.com

Amy Jones
55 Gideon Court
Howard, Ohio 43028
amyreneejones@yahoo.com

Grace Jones
55 Gideon Court
Howard, Ohio 43028
gracekjones11@gmail.com

Annalise Jones
55 Gideon Court
Howard, Ohio 43028
annalisejoyjones@gmail.com

Thomas Jones, Jr.
Address unknown, but likely:
55 Gideon Court
Howard, Ohio 43028
rc62fps@gmail.com

W.J., II (now an adult)
Address unknown, but likely:
55 Gideon Court
Howard, Ohio 43028
drewjonesii@icloud.com

| | |
|---|---|
| A.J. (a minor)<br>55 Gideon Court<br>Howard, Ohio 43028<br>Reached through William Andrew Jones or Amy Jones. | H.J. (a minor)<br>55 Gideon Court<br>Howard, Ohio 43028<br>Reached through William Andrew Jones or Amy Jones. |

Respectfully submitted,

/s/ W. Eric Branco
W. Eric Branco
Johnson Branco & Brennan, LLP
326 West Main Street
Frankfort, Kentucky 40601
eric@jbbfirm.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served, November 22, 2024, on the following via first class mail:

William A. Jones
55 Gideon Court
Howard, Ohio 43028
williamandrewjones@yahoo.com

Amy Jones
55 Gideon Court
Howard, Ohio 43028
amyreneejones@yahoo.com

Grace Jones
55 Gideon Court
Howard, Ohio 43028
gracekjones11@gmail.com

Annalise Jones
55 Gideon Court
Howard, Ohio 43028
annalisejoyjones@gmail.com

Thomas Jones, Jr.
Address unknown, but likely:
55 Gideon Court
Howard, Ohio 43028
rc62fps@gmail.com

W.J., II (now an adult)
Address unknown, but likely:
55 Gideon Court
Howard, Ohio 43028
drewjonesii@icloud.com

| | |
|---|---|
| A.J. (a minor)<br>55 Gideon Court<br>Howard, Ohio 43028<br>Reached through William Andrew Jones or Amy Jones. | H.J. (a minor)<br>55 Gideon Court<br>Howard, Ohio 43028<br>Reached through William Andrew Jones or Amy Jones. |