UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NO. 3:22-CV-00058-GFVT

WILLIAM A. JONES, et al.                                      PLAINTIFFS

v.                         **PROPOSED ORDER**

GEORGETOWN COLLEGE, et al.                                    DEFENDANTS

    This matter is before the Court on Plaintiffs' counsel's Motion to Withdraw [R. 81]. Plaintiffs' counsel alleges that an irreconcilable conflict has arisen between Plaintiffs and their counsel which makes continued representation impossible. *Id*. The withdrawal will leave Plaintiffs unrepresented.

    Now, with the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Withdraw [R. 81] is **GRANTED**. W. Eric Branco and the law firm of Johnson Branco & Brennan, LLP are permitted to withdraw and are relieved of further responsibility in this action.

Copies:

William A. Jones
55 Gideon Court
Howard, Ohio 43028
williamandrewjones@yahoo.com

Amy Jones
55 Gideon Court
Howard, Ohio 43028
amyreneejones@yahoo.com

Grace Jones
55 Gideon Court
Howard, Ohio 43028
gracekjones11@gmail.com

Annalise Jones
55 Gideon Court
Howard, Ohio 43028
annalisejoyjones@gmail.com

—2—

| | |
|---|---|
| Thomas Jones, Jr.<br>Address unknown, but likely:<br>55 Gideon Court<br>Howard, Ohio 43028<br>rc62fps@gmail.com | W.J., II (now an adult)<br>Address unknown, but likely:<br>55 Gideon Court<br>Howard, Ohio 43028<br>drewjonesii@icloud.com |
| A.J. (a minor)<br>55 Gideon Court<br>Howard, Ohio 43028<br>Reached through William Andrew Jones or Amy Jones. | H.J. (a minor)<br>55 Gideon Court<br>Howard, Ohio 43028<br>Reached through William Andrew Jones or Amy Jones. |