UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| WILLIAM A. JONES, *et al.*, | ) |
| Plaintiffs, | ) Case No. 3:22-cv-00058-GFVT-EBA |
| v. | ) |
| GEORGETOWN COLLEGE, *et al.*, | ) **ORDER** |
| Defendants. | ) |

\*\*\*\*\*  \*\*\*\*\*  \*\*\*\*\*  \*\*\*\*\*

This matter is before the Court on the Motion to Withdraw as Counsel filed by plaintiff attorney W. Eric Branco. [R. 81.] Pursuant to 28 U.S.C. § 636(b)(1), the Court refers the Motion to Withdraw [R. 81] to Magistrate Judge Edward B. Atkins to resolve as he deems necessary.

This the 18th day of December, 2024.

Gregory F. Van Tatenhove
United States District Judge