UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 3:22-CV-00058-GFVT-EBA

WILLIAM A. JONES, *et al.*,                                                                     PLAINTIFFS,

V.                                                          **ORDER**

GEORGETOWN COLLEGE, *et al.*,                                                          DEFENDANTS.

*** *** *** ***

W. Eric Branco of Johnson Branco & Brennan, LLP, moves to withdraw as counsel for Plaintiffs in this action. [R. 81]. As cause, Branco indicates that "an irreconcilable conflict has arisen . . . which makes continued representation impossible." [*Id.*]. Judge Gregory F. Van Tatenhove referred this matter to the undersigned "to resolve as he deems necessary." [R. 82]. Accordingly,

**IT IS ORDERED** that this matter shall come before the undersigned for a hearing on on **WEDNESDAY, JANUARY 8, 2025, at 1:00 P.M.** at the United States Courthouse in **FRANKFORT**, Kentucky. Plaintiffs are **DIRECTED** to personally appear at the hearing. Counsel and the parties shall be prepared to address the motion to withdraw, the status of the matter, and future proposed deadlines.

Signed December 19, 2024.



Signed By:
*Edward B. Atkins*  *EBA*
**United States Magistrate Judge**