UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NO. 3:22-CV-00058-GFVT

WILLIAM A. JONES, et al.                                                                                      PLAINTIFFS

v.       **JOINT STIPULATION OF DISMISSAL**

GEORGETOWN COLLEGE, et al.                                                                           DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree that all claims asserted by Plaintiffs against the Georgetown College Defendants are hereby **DISMISSED WITH PREJUDICE**.[1] Each party is to bear their own fees and costs.

| | |
|---|---|
| Johnson Branco & Brennan, LLP | FREEMAN MATHIS & GARY, LLP |
| /s/ W. Eric Branco | /s/ Tia J. Combs |
| W. Eric Branco | Tia J. Combs |
| 326 West Main Street | 2525 Harrodsburg Road, Suite 500 |
| Frankfort, Kentucky 40601 | Lexington, Kentucky 40504 |
| eric@jbbfirm.com | tcombs@fmglaw.com |
| *Counsel for Plaintiffs* | |
| | Elisabeth D. Gentile |
| | Ashley B. Hetzel |
| | 65 East State Street, Suite 2550 |
| | Columbus, Ohio 43215 |
| | elisabeth.gentile@fmglaw.com |
| | ashley.hetzel@fmglaw.com |
| | *Counsel for Defendants, Georgetown College, Board of Trustees, Georgetown Administrators, and Individual Members of the Board of Trustees* |

---

[1] "Georgetown College Defendants" refers to every defendant in this action except Kappa Alpha Order – Social Fraternity.

—1—