UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| WILLIAM A. JONES, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | Case No. 3:22-cv-00058-GFVT-EBA |
| v. | ) ) | **ORDER** |
| GEORGETOWN COLLEGE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

This matter is before the Court on the Plaintiffs' Notice of Voluntary Dismissal.  [R. 84.] The parties seeks to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *Id.*  Accordingly, and the Court being sufficiently advised, it is hereby

**ORDERED** as follows:

1.   Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**.

2.   Each party shall bear his, her, or its own costs and fees; and

3.   This matter is **STRICKEN** from the Court's active docket.

This is the 17th day of January, 2025.

Gregory F. Van Tatenhove
United States District Judge